## 35148. FARRAR v. FARRAR.

This case is affirmed under Rule 59 of the Supreme Court of Georgia.
*Judgment affirmed. All the Justices concur.*

Submitted August 30, 1979 — Decided October 30, 1979.

*Leroy C. Hobbs,* for appellant.
*Bowden, Edwards & Medlin, Edward A. Medlin,* for appellee.